AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**

for the

**District of Colorado**

MIRNA TUFEKCIC,
Plaintiff,

v. Civil Action No. ________________

GAIA, INC., a Colorado corporation; MARGARET WOOLLEY; KIERSTEN MEDVEDICH; BRYAN COOLEY; and MICHAEL CHARY,

Defendants.

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
GAIA, INC.
c/o Registered Agent, Kiersten Medvedich, or an Officer, Managing Agent, or General Agent Authorized to Accept Service
833 W. South Boulder Road, Building G
Louisville, Colorado 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mirna Tufekcic, Pro Se
2938 N Pennsylvania St, Unit 3409, Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ________________ ____________________________________
Signature *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) GAIA, INC.
was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place) _______________________________ on (date) ________________; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _______________________________, a person of suitable age and discretion who resides there, on (date) ________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _______________________________, who is designated by law to accept service of process on behalf of (name of organization) _______________________________ on (date) ________________; or

☐ I returned the summons unexecuted because _______________________________; or

☐ Other (specify): _______________________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ________________

_________________________________
Server's signature

_________________________________
Printed name and title

_________________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**

for the

**District of Colorado**

MIRNA TUFEKCIC,
Plaintiff,

v. Civil Action No. ________________

GAIA, INC., a Colorado corporation; MARGARET WOOLLEY; KIERSTEN MEDVEDICH; BRYAN COOLEY; and MICHAEL CHARY,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
Kiersten Medvedich
c/o Gaia, Inc., 833 W. South Boulder Road, Building G
Louisville, Colorado 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mirna Tufekcic, Pro Se
2938 N Pennsylvania St, Unit 3409, Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ________________ ________________________________
Signature *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) KIERSTEN MEDVEDICH,
was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place)
_______________________________ on (date)
________________; or
☐ I left the summons at the individual's residence or usual place of abode with (name)
_______________________________, a person of suitable age and discretion who resides there,
on (date)
________________, and mailed a copy to the individual's last known address; or
☐ I served the summons on (name of individual) _______________________________, who is
designated by law
to accept service of process on behalf of (name of organization)
_______________________________ on (date)
________________; or
☐ I returned the summons unexecuted because _______________________________; or
☐ Other (specify): _______________________________.

My fees are $______________ for travel and $______________ for services, for a total of
$______________.

I declare under penalty of perjury that this information is true.

Date: ________________

_________________________________
Server's signature

_________________________________
Printed name and title

_________________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**

for the

**District of Colorado**

MIRNA TUFEKCIC,
Plaintiff,

v. Civil Action No. ________________

GAIA, INC., a Colorado corporation; MARGARET WOOLLEY; KIERSTEN MEDVEDICH; BRYAN COOLEY; and MICHAEL CHARY,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
Michael Chary
833 W. South Boulder Road, Building G
Louisville, Colorado 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mirna Tufekcic, Pro Se
2938 N Pennsylvania St, Unit 3409, Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ________________ __________________________________
Signature *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ________________

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) MICHAEL CHARY
was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place)
_______________________________ on (date)
________________; or
☐ I left the summons at the individual's residence or usual place of abode with (name)
_______________________________, a person of suitable age and discretion who resides there,
on (date)
________________, and mailed a copy to the individual's last known address; or
☐ I served the summons on (name of individual) _______________________________, who is designated by law
to accept service of process on behalf of (name of organization)
_______________________________ on (date)
________________; or
☐ I returned the summons unexecuted because _______________________________; or
☐ Other (specify): _______________________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ________________

_________________________________
Server's signature

_________________________________
Printed name and title

_________________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**

for the

**District of Colorado**

MIRNA TUFEKCIC,
Plaintiff,

v. Civil Action No. _______________

GAIA, INC., a Colorado corporation; MARGARET WOOLLEY; KIERSTEN MEDVEDICH; BRYAN COOLEY; and MICHAEL CHARY,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
Bryan Cooley
283 Meadow View Pkwy
Erie, CO 80516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mirna Tufekcic, Pro Se
2938 N Pennsylvania St, Unit 3409, Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _______________ ______________________________
Signature *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ________________

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) BRYAN COOLEY
was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place)
_______________________________ on (date)
________________; or
☐ I left the summons at the individual's residence or usual place of abode with (name)
_______________________________, a person of suitable age and discretion who resides there,
on (date)
________________, and mailed a copy to the individual's last known address; or
☐ I served the summons on (name of individual) _______________________________, who is designated by law
to accept service of process on behalf of (name of organization)
_______________________________ on (date)
________________; or
☐ I returned the summons unexecuted because _______________________________; or
☐ Other (specify): _______________________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ________________

_________________________________
Server's signature

_________________________________
Printed name and title

_________________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**

for the

**District of Colorado**

MIRNA TUFEKCIC,
Plaintiff,

v. Civil Action No. ________________

GAIA, INC., a Colorado corporation; MARGARET WOOLLEY; KIERSTEN MEDVEDICH; BRYAN COOLEY; and MICHAEL CHARY,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
Margaret Woolley
10064 Grover Court, Unit D
Westminster, CO 80031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mirna Tufekcic, Pro Se
2938 N Pennsylvania St, Unit 3409, Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ________________ ________________________________
Signature *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) MARGARET WOOLLEY
was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place)
_______________________________ on (date)
________________; or
☐ I left the summons at the individual's residence or usual place of abode with (name)
_______________________________, a person of suitable age and discretion who resides there, on (date)
________________, and mailed a copy to the individual's last known address; or
☐ I served the summons on (name of individual) _______________________________, who is designated by law
to accept service of process on behalf of (name of organization)
_______________________________ on (date)
________________; or
☐ I returned the summons unexecuted because _______________________________; or
☐ Other (specify): _______________________________.

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ________________

_________________________________
Server's signature

_________________________________
Printed name and title

_________________________________
Server's address

Additional information regarding attempted service, etc: