IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03417-RTG

MIRNA TUFEKCIC,

Plaintiff,

v.

GAIA, INC., a Colorado corporation,
MIKE CHARY,
BRYAN COOLEY,
KIERSTEN MEDVEDICH, and
MARGARET WOOLLEY,

Defendants.

---

**ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

Plaintiff Mirna Tufekcic has filed *pro se* an amended Employment Discrimination Complaint (ECF No. 5) and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). For the reasons below, the motion seeking leave to proceed without prepayment of fees or costs will be denied.

Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, there is no fundamental right to file a civil action in federal court without paying a filing fee. *See White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998); *see also* 28 U.S.C. § 1914(a). Proceeding *in forma pauperis* (IFP) pursuant to § 1915, *i.e.* without prepaying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See id.*

In the IFP motion and affidavit, Plaintiff attests to receiving an average monthly income of $26,000.00 from self-employment during the past 12 months, i.e. from July of 2025 to July of 2026, and an expected income in the next month of $2,500.00. Plaintiff further attests that her spouse received gross monthly pay in the amount of $7,600.00 from his employer from May through July of 2025, and that their monthly expenses totaled $3,002.11. Plaintiff states that she and her spouse currently have $500.00 in cash and no dependents.

Plaintiff states that she has had an extremely difficult time finding a well-paying job since being let go from Defendant Gaia, Inc. and "was unhoused for the majority of 2025 due to lack of finances." However, this latter statement cannot be reconciled with Plaintiff's reported average monthly income of $26,000.00 during a significant portion of 2025. Moreover, Plaintiff does not expect any major changes in monthly income or expenses during the next 12 months, meaning that she and her spouse anticipate monthly income of approximately $10,100.00, with expenses of approximately $3,002.11.

Based on the information provided in the IFP motion and affidavit, the Court finds that Plaintiff has sufficient financial resources to pay the full amount of $405.00 ($350.00 filing fee pursuant to 28 U.S.C. § 1914(a) plus a $55.00 administrative fee) necessary to commence a civil action. "One need not be 'absolutely destitute' to proceed IFP, but IFP need not be granted where one can pay or give security for the costs 'and still be able to provide himself and dependents with the necessities of life.'" *Lewis v. Center Market*, 378 F. App'x. 780, 785 (10th Cir. 2010) (unpublished). Plaintiff

will be denied leave to proceed IFP pursuant to 28 U.S.C. § 1915 and will be directed to pay the full amount of $405.00 to pursue any claims in this action.

Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is DENIED. It is

FURTHER ORDERED that Plaintiff shall pay the full amount of $405.00 ($350.00 filing fee, plus a $55.00 administrative fee) within thirty (30) days from the date of this order to pursue any claims in this action. It is

FURTHER ORDERED that, if Plaintiff fails to pay the full amount of $405.00 within the time allowed, the complaint and this action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 31st day of August, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court