IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03417-RTG

MIRNA TUFEKCIC,

Plaintiff,

v.

GAIA, INC., a Colorado corporation,
MIKE CHARY,
BRYAN COOLEY,
KIERSTEN MEDVEDICH, and
MARGARET WOOLLEY,

Defendants.

---

**ORDER TO SHOW CAUSE**

---

Plaintiff Mirna Tufekcic has filed *pro se* an amended Employment Discrimination Complaint (ECF No. 5). On August 31, 2026, Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) was denied, and she was ordered to pay the filing fee. On September 24, 2026, Plaintiff submitted an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 7) that shows significantly different monthly income for herself and omits previous income that she identified for her spouse. *Compare* ECF No. 2, §1, 2 *with* ECF No. 7, §1, 2. Plaintiff did not provide any explanation of these discrepancies.

It appears to the Court that Plaintiff has not provided accurate information on the Application and/or the amended Application. Plaintiff is reminded that she signed a

declaration under penalty of perjury that all information in the Application and the amended Application is true. *Id.* at 1.

For these reasons, Plaintiff is ordered to show cause in writing and filed with the Court as to why the amended Application should not be denied and to explain the discrepancies noted above. In the alternative, Plaintiff may pay the $405.00 filing fee required pursuant to 28 U.S.C. § 1914 and the District of Colorado schedule of fees at www.cod.uscourts.gov. Accordingly, it is

ORDERED that, **within twenty-one (21) days of the date of this Order**, Plaintiff must show cause in writing and filed with the Court as to why the IFP Application should not be denied. In the alternative to showing cause in writing, Plaintiff may pay the $405.00 filing fee. It is

FURTHER ORDERED that if Plaintiff fails to comply with this Order, the Court may dismiss this action without further notice.

DATED October 7, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge