IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03417-RTG

MIRNA TUFEKCIC,

Plaintiff,

v.

GAIA, INC., a Colorado corporation,
MIKE CHARY,
BRYAN COOLEY,
KIERSTEN MEDVEDICH, and
MARGARET WOOLLEY,

Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

On October 7, 2026, the Court ordered Plaintiff to show cause why her amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 7) should not be denied based on discrepancies with her original Application (ECF No. 2). In response to the Order to Show Cause (ECF No. 8), Plaintiff explained that the discrepancies were the result of errors and misunderstandings on her part (ECF No. 8). The Court is satisfied with Plaintiff's explanation that she was not trying to mislead the Court, and she will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 7) is GRANTED. It is

FURTHER ORDERED that the court review Plaintiff' s pleading pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED October 14, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge