IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03417-RTG

MIRNA TUFEKCIC,

Plaintiff,

v.

GAIA, INC., a Colorado corporation,
MIKE CHARY,
BRYAN COOLEY,
KIERSTEN MEDVEDICH, and
MARGARET WOOLLEY,

Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is ORDERED that this case be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED October 14, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge